UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | |
|---|---|
| Revision Military Ltd., | : |
|     Plaintiff, | : |
| | : |
| v. | : Civil Action No. 2:17-cv-128 |
| | : |
| Gideon Services, Inc., | : |
|     Defendant. | : |

ORDER

The Report and Recommendation of the United States Magistrate Judge was filed October 31, 2017. After careful review of the file and the Magistrate Judge's Report and Recommendation, no objections having been filed by any party, this Court ADOPTS the Magistrate Judge's recommendations in full for the reasons stated in the Report.

Plaintiff's motion for default judgment is GRANTED. Defendant is liable to Plaintiff in the amount of $194,512.60 together with costs of $400 for a total sum of $194,912.60.

Dated at Burlington, in the District of Vermont, this 20th day of November, 2017.

                                                <u>/s/ William K. Sessions III</u>
                                                William K. Sessions III
                                                District Court Judge